UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

John-Barber

      v.                                Case No. 15-cv-212-SM

Michael Miller, et al.

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated July 22, 2015, for the reasons set forth therein.  Plaintiff's complaint is hereby dismissed for failure to state a claim.

SO ORDERED.

_____
Steven J. McAuliffe
United States District Judge

Date: August 11, 2015

cc:   John Barber, pro se